**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

3:07MC149 - RJC

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the Charlotte master jury wheel 125 names and draw from the Statesville master jury wheel 125 names for the service as 2008 GRAND JURORS for the United States District Court, Western District of North Carolina, Charlotte Division. The first appearance of these Grand Jurors is scheduled for Tuesday, January 22, 2008, at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period of time not to exceed eighteen months, including twelve regular terms of court convening on January 22, 2008; February 26, 2008; March 25, 2008; April 22, 2008; May 27, 2008; June 24, 2008; July 22, 2008; August 26, 2008; September 23, 2008; October 28, 2008; November 18, 2008; and December 16, 2008; and any additional sessions or dates which may be required.

This the 16 day of November, 2007.

Robert J. Conrad, Jr.
Chief United States District Court Judge